UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE TALAMANTEZ, aka JOSE TALAMANTEZ,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>LARRY E. SCRIBNER,[1] CALIPATRIA STATE PRISON,<br><br>　　　　　Respondent. | Case No. CV 05-5957-GPS(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: 5/8/08

　　　　　　　　　　　　　　　　GEORGE P. SCHIAVELLI
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Larry E. Scribner has been substituted as respondent.

R&Rs\05-5957.jud2
3/12/08